UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>REAL INTENT, INC.,<br><br>            Defendant. | Case No.  25-cv-10399-PCP<br><br>**CASE MANAGEMENT ORDER** |

Based on the parties' joint stipulation regarding the case schedule and the discussions held at the April 9, 2026 case management conference, the following schedule is set for this case:

**Deadlines**

| | |
|---|---|
| • Synopsys to serve Infringement Contentions and supporting documents | April 23, 2026 |
| • Parties to File Proposed Protective Order & ESI Protocol | May 6, 2026 |
| • Real Intent serves P.L.R. 3-3 Invalidity Contentions for the '394, '513, '706, '733, and '993 patents and P.L.R. 3-4 production for all nine asserted patents save for P.L.R. 3-4(b) Prior Art as to '773, '948, '173, and '560 patents | June 8, 2026 |
| • Real Intent serves P.L.R. 3-3 Invalidity Contentions for the '560 patent only and P.L.R. 3-4(b) Prior Art production for the '773, '948, '173, and '560 patents only | June 24, 2026 |
| • Real Intent serves P.L.R. 3-3 Invalidity Contentions for the '773, '948, and '173 patents only | As ordered by the Court |
| • Each party serves list of claim terms for construction and identifies any § 112(6) terms | July 7, 2026 |
| • Parties exchange Preliminary Claim Constructions and extrinsic evidence | July 24, 2026 |
| • Synopsys's Damages Contentions | August 6, 2026 |
| • Joint Claim Construction and Prehearing Statement | August 17, 2026 |

United States District Court
Northern District of California

| | |
|---|---|
| • Claim Construction Expert Reports (if relying on expert testimony) | August 17, 2026 |
| • Real Intent's Responsive Damages Contentions | September 8, 2026 |
| • Claim Construction Discovery Cutoff | September 16, 2026 |
| • Opening Claim Construction Brief | October 1, 2026 |
| • Responsive Claim Construction Brief | October 15, 2026 |
| • Reply Claim Construction Brief | October 22, 2026 |
| • Parties hold Damages Contentions Meeting and file Damages Meeting Certification | November 9, 2026 |
| • Tutorial (as needed) | November 3, 2026 |
| • Claim Construction Hearing | November 17, 2026 |
| • Substantial Completion of Document Production | January 26, 2027 |
| • Fact Discovery Cutoff | April 23, 2027 |
| • Opening Expert Reports on Burden of Proof Issues | May 21, 2027 |
| • Rebuttal Expert Reports | June 25, 2027 |
| • Reply Expert Reports | July 23, 2027 |
| • Expert Discovery Cutoff | August 27, 2027 |
| • Filing of Dispositive/*Daubert* Motions | October 21, 2027 |
| • Trial-Setting Conference | March 21, 2028 |

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief

by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: May 12, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

3